IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GERARD LOUIS,**

      **Plaintiff**,

v.                                                    **Civil Action no. 1:06cv177**
                                                         (Judge Keeley)

**WARDEN AL HAYNES,**
**WARDEN JOE DRIVER**
**ASSO WARDEN D. GILL,**
**CAPT/SIA MARUKA,**
**SIS-LT DUPREE**
**FOOD ADMINISTRATOR GREENAWARD.**

      **Defendants.**

## ORDER GRANTING MOTION FOR AN ENLARGEMENT OF TIME

On July 19, 2007, the plaintiff filed a Motion for an Extension of Time within which he may respond or reply to the defendants' Motion to Dismiss or, Motion for Summary Judgment which was filed on June 15, 2007. It appearing to the Court that good cause exists for said Motion, it is hereby

**ORDERED** that the time within which the plaintiff may reply is hereby extended and enlarged up to and including August 31, 2007.

**IT IS SO ORDERED.**

The Clerk of the Court is directed to provide a copy of this Order to the *pro se* petitioner by mailing the same to him addressed as follows: Gerard Louis, 36335-019, Federal Transfer Center, P.O. Box 898801, Oklahoma City, OK 73189-8801. The Clerk of the Court is further directed to send a copy of this Order to all counsel of record as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: July 20, 2007

                                                    /s/ James E. Seibert
                                                    JAMES E. SEIBERT
                                                    UNITED STATES MAGISTRATE JUDGE