IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GERARD LOUIS,

    Plaintiff,

v. // CIVIL ACTION NO. 1:06CV177
    (Judge Keeley)

AL HAYNES, JOE DRIVER, D. GILL,
CAPT. MARUKA, LT. DUPREE, AND
FOOD ADMINISTRATOR GREENAWARD,

    Defendants.

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

On February 20, 2008, the defendants moved this Court to extend the time to file objections to the Magistrate Judge's Report & Recommendation in this case until February 28, 2008. For good cause shown, the Court **GRANTS** the motion (dkt. no. 57).

It is **SO ORDERED**.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff, certified mail, return receipt requested and to provide copies to all counsel of record.

Dated: February 22, 2008.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE

FILED FEB 22 2008 U.S. DISTRICT COURT CLARKSBURG, WV 26301