```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**GERARD LOUIS,**

    **Plaintiff,**

**v.**      //      **CIVIL ACTION NO. 1:06CV177**
                          **(Judge Keeley)**

**AL HAYNES, JOE DRIVER, D. GILL,**
**CAPT. MARUKA, LT. DUPREE, AND**
**FOOD ADMINISTRATOR GREENAWARD,**

    **Defendants.**

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

On March 7, 2008, the pro se plaintiff moved this Court to extend the time to file a response to the defendants' objections to the Magistrate Judge's Report & Recommendation in this case until **March 18, 2008**. For good cause shown, the Court **GRANTS** the motion (dkt. no. 63). Accordingly, any response to the defendants' objections is due on or before **March 18, 2008.**

It is **SO ORDERED**.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff, certified mail, return receipt requested and to provide copies to all counsel of record.

Dated: March 10, 2008.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE